IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,   Case No. 3:11CR307

    Plaintiff

-v-   ORDER

Jamaica Heflin

    Defendant

    This is a post release case on a Supervised Release Violation which was referred to United States Magistrate Judge Darrell A. Clay for an Initial Appearance, probable cause determination and Report and Recommendation. The Magistrate Judge has filed his Amended Report & Recommendation (Doc. 151); no objection has been filed. Defendant waived preliminary hearing and probable cause was found.

    On de novo review of the record and Amended Report & Recommendation, I accept and adopt the Magistrate Judge's findings. In light of those findings and that conclusion, it is hereby, ordered that the Magistrate Judge's Amended Report and Recommendation is adopted as an order of this court.

    The court confirms the Final Hearing re Revocation of Supervised Release for 7/9/2024 at 09:00 AM.

    SO ORDERED.

    s/James G. Carr

    U.S. District Judge